```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/27/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                :
RICHARD HARBUS,                                                 :
                                                                :
                                             Plaintiff,:              1:21-cv-4117-GHW
                                                                :
                      -v -                                      :              ORDER
                                                                :
BUZZFEED, INC.,                                                 :
                                                                :
                                            Defendant.:
                                                                :
------------------------------------------------------------------:
                                                                X

GREGORY H. WOODS, United States District Judge:

On July 30, 2021, the Court issued an order conditionally discontinuing this action.
Pursuant to the terms of that order, the plaintiff was provided the option to apply for restoration of
the action to the active calendar of the Court by the date that was 30 days following the issuance of
the order.  In accordance with the terms of that order, if the plaintiff failed to apply for restoration
of the case by that date, the case would be automatically dismissed with prejudice.

By letter dated September 27, 2021, the parties have requested that the Court extend, for the
second time, the deadline for the plaintiff to apply for restoration of the case to the Court's active
calendar, or, alternatively, for the parties to submit a stipulation of settlement and dismissal.[1]  That
application is GRANTED.  Accordingly, the deadline for the plaintiff to apply for restoration of the
case to the Court's active calendar, or, alternatively, for the parties to submit a stipulation of
settlement and dismissal, is extended to October 27, 2021.

---

[1] As explained in Rule 4(E) of the Court's Individual Rules of Practice in Civil Cases, the Court will not retain
jurisdiction to enforce confidential settlement agreements.  If the parties wish that the Court retain
jurisdiction to enforce the agreement, the parties must place the terms of their settlement agreement on the
public record.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 24.

SO ORDERED.

Dated: September 27, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge